## Case No. 2,768.

### The CITY OF PHILADELPHIA.

[The case reported under above title in 37 Hunt, Mer. Mag. 449, is the same as Case No. 1,152.]